IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF/RESPONDENT

V.                                         NO. 12-50008-001

CELEN ZENDEJAS                                                 DEFENDANT/MOVANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendant's pro se 28 U.S.C. § 2255 motion (Doc. 316). Defendant currently has a direct appeal pending before the Eighth Circuit Court of Appeals. Accordingly, he has prematurely filed his § 2255 motion. See United States v. Jagim, 978 F.2d 1032, 1042 (8th Cir. 1992). The undersigned, therefore, recommends that the § 2255 motion be DISMISSED WITHOUT PREJUDICE.

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of March, 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)